# Exhibit A

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA**

| | |
|---|---|
| RICHARD GRENELL,<br><br>    Plaintiff,<br><br>v.<br><br>OLIVIA TROYE,<br><br>    Defendant. | Case No.: CL22001907 |

**PLAINTIFF GRENELL'S OBJECTIONS AND RESPONSES TO DEFENDANT TROYE'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Plaintiff Richard Grenell, by counsel, states the following for his objections and responses to Defendant Olivia Troye's Second Set of Requests for Production of Documents.

**DOCUMENT REQUESTS**

**REQUEST FOR PRODUCTION NO. 14:** Produce all documents and images of all donations or contributions made directly to you, or paid to your attorneys, or made through a donation platform such as GoFundMe, regarding, or in any way relating to, this lawsuit.

**OBJECTION:** Mr. Grenell objects to this Request as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE:** Without waiving objections, Mr. Grenell responds as follows: No responsive documents within Mr. Grenell's possession custody or control.

**REQUEST FOR PRODUCTION NO 15:** Provide true and full copies of any documents or electronically stored information which the Plaintiff receives pursuant to a subpoena issued by the Plaintiff's counsel in this matter.

**RESPONSE:** Any responsive documents from a subpoena issued by Plaintiff's counsel in this matter will be produced.

Dated: August 3, 2023

RICHARD GRENELL
By Counsel

BINNALL LAW GROUP, PLLC

/s/ Jason C. Greaves
Jason C. Greaves, VSB No. 86164
Jesse R. Binnall, VSB No. 79292
Jared J. Roberts, VSB No. 97192
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
       jesse@binnall.com
       jared@binnall.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, a true and correct copy of the foregoing was served by U.S. First Class mail and electronic mail, to:

>Thomas M. Craig
>FLUET
>1751 Pinnacle Drive, Ste. 1000
>Tysons, Virginia 22102
>tcraig@fluet.law
>
>Mark S. Zaid
>Mark S. Zaid, P.C.
>1250 Connecticut Avenue, N.W., Ste. 700
>Washington, D.C. 20036
>Mark@MarkZaid.com
>
>*Counsel for Defendant*

>*/s/* Jason C. Greaves
>Jason C. Greaves, VSB No. 86164
>
>*Counsel for Plaintiff*