# EXHIBIT A



Transcript of **Demurrer**

Wednesday, October 26, 2022

*Richard Grenell v. Olivia Troye*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 122149

1    VIRGINIA:

2        IN THE CIRCUIT COURT OF THE CITY OF ALEXANDRIA

3

4    ---------------------------------
                                      :
5    RICHARD GRENELL,                 :
                                      :
6            Plaintiff,               :
                                      :
7       v.                           :   Case No.
                                      :
8    OLIVIA TROYE,                    :   CL22001907
                                      :
9            Defendants.              :
                                      :
10   ---------------------------------

11

12

13                    Wednesday, October 26, 2022

14

15                    HEARING ON DEMURRER

16       The hearing in the above-entitled matter

17   convened, pursuant to notice, at 11:06 a.m.

18

19   BEFORE:

20            JAMES CLARK, Circuit Court Judge

21

22

```
 1    APPEARANCES:

 2    On behalf of the Plaintiff:

 3        JESSE BINNALL, ESQ.

 4        Binnall Law Group

 5        717 King Street

 6        Suite 200

 7        Alexandria, Virginia  22314

 8        (703) 888-1954

 9        jesse@binnall.com

10

11    On behalf of the Defendant:

12        THOMAS M. CRAIG, ESQ.

13        Fluet, Huber & Hoang

14        1751 Pinnacle Drive

15        Suite 1000

16        Tysons, Virginia 22102

17        (703) 590-1234

18        tcraig@fhhfirm.com

19

20

21

22
```

1              P R O C E E D I N G S

2           MR. CRAIG:  Good morning, Your Honor.  I'm

3    Tom Craig for the Defendant Olivia Troye.

4           THE COURT:  It comes on Defendant's demurrer.

5           MR. CRAIG:  Yes, Your Honor.

6           Good morning.  I'm Tom Craig for the

7    defendant.  Ms. Troye is also with me here.

8           THE COURT:  I'm sorry.  We have a court

9    reporter?

10          MR. CRAIG:  Yes.  I'm sorry.  Ms. Crump.

11          THE COURT:  No problem.

12          [Whereupon, the court reporter was duly

13   sworn.]

14          THE COURT:  Grenell v. Troye comes on

15   Defendant's demurrer.

16          Thank you, Mr. Craig.

17          MR. CRAIG:  Yes.  Good morning, Your Honor.

18          Your Honor, this case is about an allegedly

19   defamatory statement made on Twitter about a former

20   ambassador, U.S. ambassador of Germany.  That

21   statement was in the course of a discussion among two

22   sitting congressmen and a former aide to Vice



1    President Pence and my client Ms. Troye, and the

2    statements in that discussion were about the former

3    ambassador's performance of his duties as an

4    ambassador.

5         All of that is relevant, Your Honor, because

6    this is the kind of political speech that's given the

7    highest degree of protection under the First

8    Amendment in our legal system.  The subject of the

9    Twitter discussion is a former cabinet-level official

10   who served as the Director of National Intelligence

11   as well as a former ambassador, which is our highest

12   ranking diplomat, obviously.

13        The discussion was about what he did in his

14   duties as U.S. ambassador to Germany.  This is core

15   political speech, Your Honor, and I bring it up right

16   up front because I believe that colors the analysis

17   of the alleged statement and it affects the burden of

18   proof if this case were to go forward, which,

19   obviously, we don't think that it should.

20        We cite in our demurrer a number of reasons

21   why we think this complaint must fail.  The first one

22   I want to talk about is that the complaint attempts



1  to bring this case based on statements not actually

2  made by Ms. Troye.  Of course, defamation cases must

3  be based on the words that the defendant actually

4  uttered.  That's a longstanding principle of Virginia

5  law.  We refer to it as "in haec verba", and it is

6  important because the principle is that the claims

7  must be on words that are actually used, but this

8  complaint is not based on Ms. Troye's alleged

9  statement, but, instead, is based on words that she

10 never actually used.

11        What she is alleged to have said is that

12 while he was an ambassador, Ambassador Grenell tried

13 to get Vice President Pence to attend a white

14 supremacist gathering, but the complaint is largely

15 based on the allegation that what Ms. Troye said was

16 that Ambassador Grenell was a Nazi or that he

17 supports Nazi ideology.  In fact, the first section

18 of the opposition to this demurrer is titled

19 "Defendant asserted as fact that Ambassador Grenell

20 associated with Nazis".  That's simply untrue, Your

21 Honor.

22        Ms. Troye never used the word "Nazi".  The



1    word "Nazi" was used by Congressman Swalwell, but it

2    was never used by my client.

3           Now, we all recognize, as the opposition

4    points out, that defamation can be based on the

5    so-called sting of the alleged defamatory statement

6    and that the courts are entitled to look at sort of

7    the import of what a statement means, but the

8    Virginia Supreme Court pointed out, has pointed out

9    several times, the case we cite our papers, Perk v.

10   Vector, which is a 1997 case, that when evaluating

11   the defamatory nature of a statement, courts should

12   not extend the meaning of the words used beyond their

13   normal ordinary acceptance.

14          The reason why we refer to Perk, Your Honor,

15   is I think it's particularly illustrative here.  Perk

16   was an attorney who was engaged to collect debts on

17   behalf of a client and he was later discharged.  Some

18   of the debtors complained that they weren't given

19   proper credit for payments that they had made to Mr.

20   Perk, and his former client said that, Well, that

21   Perk did not properly -- Perk was supposed to turn

22   those payments all over to his client, obviously, but



1   also accurately report the payments.  The former

2   client said that Mr. Perk had not accurately reported

3   the payments that were made to him.

4          Mr. Perk sued, claiming that, essentially,

5   his client had claimed that he was dishonest in his

6   dealings with him, suggested that he had diverted

7   funds and that he had failed in his duty to report

8   those payments, and the Virginia Supreme Court said

9   that's too far of an extension.  What the client said

10  was he didn't report the payments.  He didn't say any

11  of those other things.

12         Well, that's much less of an extension than

13  what we have here.  Here, what Ms. Troye is alleged

14  to have said is that while he was an ambassador,

15  Ambassador Grenell had suggested that Vice President

16  Pence meet with some folks that she referred to as a

17  white supremacist gathering.  She said nothing about

18  Mr. Grenell's personal view or she certainly didn't

19  suggest that he was a Nazi or even that the folks

20  that he was meeting with were Nazis and, yet, the

21  complaint uses the term "Nazi", by my count, about 20

22  times.



1        As the opposition make clears, their position

2   is that she asserted that he associates with Nazis

3   and that he has a Nazi ideology, which is nothing

4   whatsoever what she said.

5        Now, the opposition makes much of the fact

6   that her Tweet began with the words "I do" and

7   assuming that she was responding to -- what happened

8   in sequence, Your Honor, is that Ambassador Grenell

9   had made a comment about Congressman Lieu's

10  connections with China or association with the

11  Chinese Government or something of that nature.

12  Congressman Swalwell made a comment that he had heard

13  that Ambassador Grenell may have hung out with Nazis.

14  Congressman Lieu responded to that and said he

15  thought he was an internet troll and asked if anyone

16  had proof of this.

17       So they are assuming that the term "I do" in

18  her response is in answer to Mr. Lieu's question

19  which was in response to Mr. Swalwell's statement.

20  Now, that's a pretty long chain.  I don't want to

21  makes it too confused, but the point is I think both

22  parties agree that the Court has to review the



1  statement in its totality, and what she said was "I

2  do" and then she went on to explain what she meant by

3  "I do", which was that she believed that he had

4  suggested that Vice President Pence attend a white

5  supremacist gathering.

6          She explained what she means by "I do".

7  There's no reason to further infer that she meant

8  anything else.  What she said was that Ambassador

9  Grenell had suggested that Vice President Pence

10  attend a white supremacist gathering.

11          So just based on that, Your Honor, I think

12  that the demurrer should be sustained.  The complaint

13  is almost entirely about this idea of Nazis.  It's

14  included in paragraphs 20, 29, 37, 38, and 39.  All

15  of the relevant sections of the complaint are based

16  on this idea that she had suggested that he was or

17  supports Nazis.

18          There's another reason why we think the

19  demurrer should be sustained, Your Honor, which is

20  that even if Mr. Troye had claimed that Ambassador

21  Grenell was a white supremacist -- which she did not.

22  She said nothing about his personal political beliefs



1   -- the term "white supremacist", the meaning of that

2   term depends largely on one's viewpoint, and when the

3   term turns on someone's viewpoint, the Virginia

4   Supreme Court has held that that term is not actual

5   for defamation.  The case we rely on for that is in

6   our papers, Your Honor.  That's Fuste v. Riverside,

7   which is a 2003 case.

8        So the test of, course, is whether the

9   statement can be proved true or false, and as the

10  Supreme Court points out, when the meaning of the

11  term turns on a viewpoint, it's not amenable to proof

12  of truth or falsity.  That's never more true than in

13  a political discussion, Your Honor.  I think that

14  anyone who's familiar with political discourse in

15  this country or any other knows that one man's

16  patriot is another man's fascist and one's man's

17  racist is another man's white supremacist.  One man's

18  liberal is another man's communist.

19       These political adulations are not amenable

20  to being proven true nor false.  It's particularly

21  true when we're talking about what appears to be a

22  foreign group.  I don't know how, frankly, the Court



1   would take evidence as to whether or not this

2   particular group was a white supremacist or not; but,

3   regardless, the term, we believe, is not actionable

4   because it's not amenable to being proven true nor

5   false.

6           Now, they plead both defamation and

7   defamation per se, Your Honor, and I'd like to talk

8   about defamation per se for just a moment.  We think

9   even if this statement were defamatory, which we

10  believe it's not, it's certainly not defamation per

11  se.

12          So the Virginia Supreme Court has set out

13  four types of defamatory statements that can be held

14  defamatory per se, and the case we cite for that is

15  the Fleming case, which is an '81 case, and the four

16  categories are:  Criminal offense involving moral

17  turpitude, social disease, which is obviously not

18  relevant here, a statement that imputes unfitness to

19  performing the duties of an office, or a statement

20  that prejudices a person in his or her profession or

21  trade.

22          Now, the complaint relies primarily on the

1   first part of the Fleming test, arguing that being a

2   Nazi is illegal in Germany, and so calling Ambassador

3   Grenell a Nazi, which no one did, would impute a

4   crime to him.  We explain in our papers why that

5   doesn't fit.

6        Your Honor, frankly, it appears that they've

7   abandoned that in their opposition.  They didn't say

8   anything in their opposition about it.  So, you know,

9   depending on what Mr. Binnall says, I'll stand on our

10  papers on that point.

11       In their papers, they rely more on three and

12  four, imputing an unfitness to perform the duties of

13  an office or prejudicing Ambassador Grenell in his

14  professional trade.  So in their papers, we point out

15  that the Virginia Supreme Court has held that the

16  term "racist" is not defamatory per se, which that

17  was the Fleming case, and they acknowledge that in

18  their papers, but they try to evade the impact of

19  that case by saying that "white supremacist" is a

20  known term, that "racist" is not.  They point out

21  that "white supremacist" is in the dictionary.  Well,

22  "racist" is in the dictionary too, Your Honor.  So is



1    "communist" and "fascist" and "authoritarian" and all

2    of these political terms.

3        So the fact that you can look up "white

4    supremacist" does not, I think, evade the holding of

5    Fleming, which is that "racist" is not necessarily

6    defamatory per se.

7        Moreover, the complaint and their papers do

8    not really explain how an ambassador advocating for

9    the Vice President to meet with a particular German

10   group, in this case an allegedly white supremacist

11   group, would prejudice him in his profession.  One of

12   the roles of an ambassador is to arrange for meetings

13   with various political groups, foreign political

14   groups, and ambassadors for our country do that every

15   day, Your Honor.  Ambassadors arrange for senior

16   officials to meet with fascists and communists and

17   people who have misogynistic political views or

18   bureaucratic politic views or any number of other

19   political views that most Americans would find

20   reprehensible.

21       The fact that an ambassador in his duties

22   abdicated for a politician to meet with a group that



1   might hold Nazi views does not necessarily impugn

2   that he is incapable of carrying out those duties.

3   It might be a criticism of his policy choices, but it

4   does not impugn him in an unfitness to perform his

5   duties, and nor does the complaint explain how this

6   statement has prejudiced Ambassador Grenell in his

7   profession or trade.

8         It's not really clear to me what his

9   profession or trade is at that point, Your Honor, but

10  he does say in his complaint that he works as a

11  consultant for his own company.  He has not explained

12  and I don't understand, frankly, how a criticism

13  about the way he conducted himself as an ambassador

14  currently is prejudicing him in his current

15  profession or trade.

16        Again, I would refer the Court to Perk in

17  that -- the Perk case for that principle.  Perk was

18  an attorney who it was suggested had not communicated

19  to his client the payments he received, and that was

20  not held to be defamation per se.  How an ambassador

21  who is criticized for his policy choices of who the

22  Vice President should meet with, how that prejudices



 1   Ambassador Grenell in his current profession, I don't

 2   know.

 3          Finally, Your Honor, we did argue in our

 4   demurrer that damages are not properly pled here.  I

 5   don't disagree with Mr. Binnall that a precise

 6   itemization is not required in our courts, but we

 7   have to have some idea what the damages are.  They've

 8   pled a number, five million.  That's a big number.

 9          Are those economic damages?  Are they

10   noneconomic damages?  Did he lose clients?  Is he

11   getting fired?  We have no basis of understanding how

12   he thinks he's damaged by this statement, and I think

13   we're entitled to more information on damages than

14   what is pled.

15          THE COURT:  Thank you, Mr. Craig.

16          Do you care to respond, Mr. Binnall?

17          MR. BINNALL:  Yes.  Thank you, Your Honor.

18          Jesse Binnall on behalf of Ambassador

19   Grenell.

20          Your Honor, to start off with, the complaint

21   does make very specific allegations, and that is that

22   Ms. Troye specifically lied in her statement, that it



1   was not a just simple misunderstanding of what

2   happened.  It wasn't a mischaracterization of a

3   meeting.  It is that she invented a gathering from

4   whole cloth, something that never occurred and she

5   published it for the world and it was something that

6   was viewed by thousands of people on Twitter and then

7   picked up by media organizations.

8        So this demurrer is nothing more than the

9   type of motion to prematurely short-circuit

10  litigation that the Supreme Court of Virginia

11  specifically warned against on multiple occasions in

12  cases such as Care Corps and Assurance Data, and in

13  this demurrer, they are limited to the pleading

14  standard in Virginia that has been set out in those

15  cases and others like them that the Court is very

16  familiar with time and time again.

17       The statement that they're attempting to

18  raise the bar on what we have to plead, especially

19  issues like damages, are an attempt for them to skip

20  to the end and invade the fact-finding province of

21  things that go beyond what's to be determined in a

22  demurrer.  To skip -- to parse that to be determined



1    on summary judgment almost certainly would have to be

2    determined by the finder of fact at trial.

3         Even the defendant in her demurrer, on page 2

4    of her demurrer, defines her statement as a simple

5    factual statement, not a matter of opinion, "a simple

6    factual statement".  That's the phrase they used in

7    the demurrer.  Again, we are not splitting hairs

8    here.  This is not saying, Well, this group isn't as

9    bad as they say it is or you're misunderstanding the

10   political ideology of Group A or Group B.  That is

11   not part of this case.  That is not what we are

12   alleging in the complaint.

13        What you have to do and what the Supreme

14   Court has been clear that you have to do in cases

15   like Highland that we've cited is you have to look at

16   the full context of the statement.  So in this case,

17   Representative Swalwell specifically says that

18   Ambassador Grenell, quote, used to hang out with

19   Nazis when he was supposed to be representing us in

20   Germany.

21        Mr. Lieu responds:  "To be honest, I don't

22   know much about Grenell.  I just view him as a boring



1   internet troll.  Do you have proof of this?"

2        It's at that point that Ms. Troye interjects

3   herself into this conversation and the first sentence

4   that she used is important here and cannot be read

5   out of this case, especially at the demurrer stage.

6   She says "I do".

7        While they suggest maybe that we don't know

8   what "I do" means as to her response to Congressman

9   Lieu, that's not a question for demurrer.  That's a

10  question of context and insinuation and innuendo that

11  this Court at this point would be premature to decide

12  in her favor, first off.

13       Second off, it's very clear that she's

14  talking about the Nazi statement, because she then

15  immediately launches into "white supremacist".  So

16  Statement 1, "I do" regarding hanging out with Nazis,

17  that's something that you can prove that he was doing

18  or that he was not doing and something for a diplomat

19  and someone whose profession is in diplomacy and

20  international relations and intelligence and advising

21  clients on that and serving the governmental roles,

22  that's something that is highly prejudicial if



1   they're hanging out with Nazis, especially since

2   hanging out with Nazis in Germany is a crime.  When

3   Ambassador Grenell was accused of doing this, he was

4   in Germany.

5         So, first of all, "I do", is going directly

6   to the allegations regarding Nazis, but in reality,

7   the second part is really all we need, because the

8   second part is while in his role as ambassador,

9   Grenell tried to get Mike Pence to attend a white

10  supremacist gathering.  There's no gathering,

11  nothing.

12        Again, we are not trying to say that the

13  gathering that they tried to get Vice President Pence

14  to go to wasn't as bad as they're saying it is.

15  We're saying there was no gathering.  We're saying

16  this is a figment of her imagination that she has

17  then taken and lied to the world about, and that's

18  something very different than just simply name

19  calling.  It is specifically making up a lie

20  knowingly and, at the very least, recklessly about an

21  event that never occurred.

22        And let's be honest.  It's not a small thing



1   to be a Nazi or white supremacist.  These are vile,

2   vile ideologies that should be constrained to the ash

3   heap of history.  While they may want to downplay how

4   bad being a Nazi or white supremacist is, we don't.

5        The part about the definition that's

6   important in our opposition is, yes, that there's a

7   definition for "racist" and there's a definition for

8   others as well, but being a Nazi or being a white

9   supremacist is something that is more specific.  It's

10  something that you can prove yes or no; but, again,

11  we don't even have to get to that point because this

12  gathering never existed and we pled very clearly that

13  this is something that never happened.  There was no

14  such gathering, and to make that decision at this

15  point, at demurrer, before there's an opportunity for

16  discovery is something that the Supreme Court of

17  Virginia has continuously warned against.

18        She specifically interjected herself in this

19  conversation, in this Twitter exchange, saying that

20  she had proof of something.  She did not.  That's the

21  important thing here.

22        It's also important, Your Honor, that we



1   cannot conflate the fact-opinion analysis from the

2   true and falsity analysis.  At this stage, while fact

3   versus opinion may be a question of law, the others

4   are viewed in their totality and are questions of

5   fact that must be determined at trial and, again,

6   that's from the Highland case.

7         We agree that freedom of speech is something

8   that is vitally important to our republic, to the way

9   that our system works.  The First Amendment is

10  absolutely key, but time after time, courts have

11  correctly held that defamatory speech is not free

12  speech.

13        The First Amendment doesn't give you the

14  right to go around and lie or to make reckless

15  statements disregarding the truth.  Ambassador

16  Grenell gave her the opportunity to correct her

17  statement immediately and to withdraw that, because

18  he said -- he pointed out it never happened.  She

19  failed to do it.  She failed to do it because it

20  didn't happen.

21        Your Honor, regarding the issues of

22  defamation per se, I'm not going to repeat myself,



1   but when you have somebody's career that is in

2   diplomacy and international relations saying that

3   they are trying to get one of the highest-ranking

4   government officials in the United States to meet

5   with a white supremacist is highly, highly damaging.

6   That's something that is one of these things that can

7   be a career ender, saying that they associate with

8   Nazis when the person was the ambassador to Germany

9   where, of course, Nazism, the scourge of Nazism,

10  arose from.  That is something that is highly, highly

11  damaging that not only could be a crime, but

12  something that substantially affects him in his

13  chosen career.  It is something that, especially at

14  this point, on demurrer, we have sufficiently pled.

15          If the Court wants us to plead more and be

16  more specific -- we don't think we need to.  We think

17  we've met the pleading standing, but we'd ask for

18  leave to do that, but for what we have in the

19  complaint for the Virginia pleading standard, we have

20  pled defamation per se.

21          As to defamation itself, there is no

22  requirement that we plead to damages specifically



1   right now.  That is a question of fact to be held for

2   trial, and as much as they may want to skip ahead to

3   that right now, that's not the stage that we're in.

4        There can be general damages.  If the case

5   goes forward, if his damages are one dollar, general

6   or nominal damages, the question is -- and it's far

7   more than that, and the damages that will be shown in

8   evidence in this case will be substantial, but it's

9   not something to be determined at demurrer.

10       Your Honor, this is an important case.  It's

11  an important case for both of these parties, and we

12  would ask that we not short circuit this process,

13  that we allow it to go through and continue.

14       I'm happy to answer any of the Court's

15  questions in addition.

16       THE COURT:  I'll hear from Mr. Craig, last

17  word.

18       MR. CRAIG:  Thank you, Your Honor.

19       I didn't think I'd have to say this, but let

20  me assure the Court that we understand how vile and

21  noxious Nazism is.  I'm not trying to downplay that.

22  It's not something that I usually find having to say



1    in court, but we certainly agree Nazism is vile,

2    white supremacy is vile, but whether or not this

3    statement is defamatory does not turn on that issue

4    at all, nor are we trying to skip to the end.

5            We are trying to assure that this is a

6    properly-pled complaint, and it simply is not.  One

7    cannot sue someone for a statement someone else said,

8    nor can one sue someone for a statement they did not

9    say.

10            Ms. Troye's statement has to be read

11    entirely, and I agree.  I think we all agree on that,

12    and what she said was that as ambassador to Germany,

13    Ambassador Grenell suggested Vice President Pence

14    meet with a white supremacist group.  That is not a

15    defamatory statement.  It can be a criticism of how

16    he carried out his duties, a criticism of some of his

17    policies.  It says nothing about his personal nature.

18    It says nothing about his personal beliefs and is

19    simply not a defamatory statement.

20            We certainly understand, yes, that they

21    wouldn't be suing if they didn't think it wasn't

22    true.  Your Honor, that's the point of defamation.



1    We understand that the Court has to assume at this

2    point for the purpose of this motion that the

3    statement isn't true.  You know, perhaps it goes

4    without saying that we believe the statement is true,

5    but that's not what we're here for today, Your Honor.

6    That's not what's before the Court.

7         What's before the Court is whether the

8    statement is defamatory, and as we've explained in

9    our papers and our argument, we believe it is not and

10   that this demurrer should be sustained.

11        THE COURT:  Thank you, Mr. Craig.

12        Well, I've obviously read both pleadings with

13   a fair amount of interest and, Mr. Craig, I agree

14   with you to an extent.  You know, the words that are

15   attributed to Ms. Troye are what's at issue here, not

16   the words of somebody else talking about Nazis, but I

17   think that at the demurrer stage, the pleading is

18   sufficient.

19        If it is believed that Mrs. Troye said that

20   Mr. Grenell encouraged the Vice President to go to a

21   white supremacist gathering and if can be proved that

22   that's not true, perhaps that could be found to be



1    defamatory.  I agree with you, there are many reasons

2    that somebody could make that suggestion, whether

3    it's to see how vile what they were doing was or

4    whether it was in support, but I think that's a

5    matter for trial.

6            I think at this stage, the pleadings are

7    sufficient to survive demurrer.  So I'm going to

8    overrule demurrer.

9            Mr. Binnall, I'd ask you to submit an order.

10           MR. BINNALL:  Yes, Your Honor.

11           THE COURT:  All right.  Thank you all.

12           MR. CRAIG:  Thank you, Your Honor.

13           [Whereupon, at 11:34 a.m., the matter was

14    adjourned.]

15

16

17

18

19

20

21

22

CERTIFICATE OF NOTARY PUBLIC

I, CATHERINE B. CRUMP, the officer before whom the foregoing deposition was taken, do hereby testify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me stenographically and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto nor financially or otherwise interested in the outcome of the action.

_____

CATHERINE B. CRUMP

Notary Public in and for the

Commonwealth of Virginia

Notary Registration No. 252644

My Commission Expires:  May 31, 2025

## WORD INDEX

**< 1 >**
**1**  18:16
**1000**  2:15
**11:06**  1:17
**11:34**  26:13
**1751**  2:14
**1997**  6:10

**< 2 >**
**2**  17:3
**20**  7:21  9:14
**200**  2:6
**2003**  10:7
**2022**  1:13
**2025**  27:22
**22102**  2:16
**22314**  2:7
**252644**  27:21
**26**  1:13
**29**  9:14

**< 3 >**
**31**  27:22
**37**  9:14
**38**  9:14
**39**  9:14

**< 5 >**
**590-1234**  2:17

**< 7 >**
**703**  2:8, 17
**717**  2:5

**< 8 >**
**81**  11:15
**888-1954**  2:8

**< A >**
**a.m**  1:17  26:13
**abandoned**  12:7
**abdicated**  13:22
**above-entitled**  1:16
**absolutely**  21:10
**acceptance**  6:13
**accurately**  7:1, 2
**accused**  19:3
**acknowledge**  12:17
**action**  27:11, 16
**actionable**  11:3
**actual**  10:4
**addition**  23:15
**adjourned**  26:14
**adulations**  10:19
**advising**  18:20
**advocating**  13:8
**agree**  8:22  21:7  24:1,
11  25:13  26:1

**ahead**  23:2
**aide**  3:22
**ALEXANDRIA**  1:2  2:7
**allegation**  5:15
**allegations**  15:21  19:6
**alleged**  4:17  5:8, 11  6:5
7:13
**allegedly**  3:18  13:10
**alleging**  17:12
**allow**  23:13
**ambassador**  3:20  4:4,
11, 14  5:12, 16, 19  7:14,
15  8:8, 13  9:8, 20  12:2,
13  13:8, 12, 21  14:6, 13,
20  15:1, 18  17:18  19:3,
8  21:15  22:8  24:12, 13
**ambassadors**  13:14, 15
**ambassador's**  4:3
**amenable**  10:11, 19  11:4
**Amendment**  4:8  21:9, 13
**Americans**  13:19
**amount**  25:13
**analysis**  4:16  21:1, 2
**answer**  8:18  23:14
**APPEARANCES**  2:1
**appears**  10:21  12:6
27:4
**argue**  15:3
**arguing**  12:1
**argument**  25:9
**arose**  22:10
**arrange**  13:12, 15
**ash**  20:2
**asked**  8:15
**asserted**  5:19  8:2
**associate**  22:7
**associated**  5:20
**associates**  8:2
**association**  8:10
**assume**  25:1
**assuming**  8:7, 17
**Assurance**  16:12
**assure**  23:20  24:5
**attempt**  16:19
**attempting**  16:17
**attempts**  4:22
**attend**  5:13  9:4, 10  19:9
**attorney**  6:16  14:18
27:13
**attributed**  25:15
**authoritarian**  13:1

**< B >**
**bad**  17:9  19:14  20:4
**bar**  16:18
**based**  5:1, 3, 8, 9, 15  6:4
9:11, 15
**basis**  15:11
**began**  8:6
**behalf**  2:2, 11  6:17

15:18
**beliefs**  9:22  24:18
**believe**  4:16  11:3, 10
25:4, 9
**believed**  9:3  25:19
**beyond**  6:12  16:21
**big**  15:8
**BINNALL**  2:3, 4  12:9
15:5, 16, 17, 18  26:9, 10
**boring**  17:22
**bring**  4:15  5:1
**burden**  4:17
**bureaucratic**  13:18

**< C >**
**cabinet-level**  4:9
**calling**  12:2  19:19
**care**  15:16  16:12
**career**  22:1, 7, 13
**carried**  24:16
**carrying**  14:2
**Case**  1:7  3:18  4:18  5:1
6:9, 10  10:5, 7  11:14, 15
12:17, 19  13:10  14:17
17:11, 16  18:5  21:6
23:4, 8, 10, 11
**cases**  5:2  16:12, 15
17:14
**categories**  11:16
**CATHERINE**  27:2, 18
**certainly**  7:18  11:10
17:1  24:1, 20
**CERTIFICATE**  27:1
**chain**  8:20
**China**  8:10
**Chinese**  8:11
**choices**  14:3, 21
**chosen**  22:13
**CIRCUIT**  1:2, 20  23:12
**cite**  4:20  6:9  11:14
**cited**  17:15
**CITY**  1:2
**CL22001907**  1:8
**claimed**  7:5  9:20
**claiming**  7:4
**claims**  5:6
**CLARK**  1:20
**clear**  14:8  17:14  18:13
**clearly**  20:12
**clears**  8:1
**client**  4:1  6:2, 17, 20, 22
7:2, 5, 9  14:19
**clients**  15:10  18:21
**cloth**  16:4
**collect**  6:16
**colors**  4:16
**comes**  3:4, 14
**comment**  8:9, 12
**Commission**  27:22
**Commonwealth**  27:20

**communicated**  14:18
**communist**  10:18  13:1
**communists**  13:16
**company**  14:11
**complained**  6:18
**complaint**  4:21, 22  5:8,
14  7:21  9:12, 15  11:22
13:7  14:5, 10  15:20
17:12  22:19  24:6
**conducted**  14:13
**conflate**  21:1
**confused**  8:21
**Congressman**  6:1  8:9,
12, 14  18:8
**congressmen**  3:22
**connections**  8:10
**constrained**  20:2
**consultant**  14:11
**context**  17:16  18:10
**continue**  23:13
**continuously**  20:17
**convened**  1:17
**conversation**  18:3  20:19
**core**  4:14
**Corps**  16:12
**correct**  21:16
**correctly**  21:11
**counsel**  27:10, 14
**count**  7:21
**country**  10:15  13:14
**course**  3:21  5:2  10:8
22:9
**COURT**  1:2, 20  3:4, 8,
11, 12, 14  6:8  7:8  8:22
10:4, 10, 22  11:12  12:15
14:16  15:15  16:10, 15
17:14  18:11  20:16
22:15  23:16, 20  24:1
25:1, 6, 7, 11  26:11
**courts**  6:6, 11  15:6
21:10
**Court's**  23:14
**CRAIG**  2:12  3:2, 3, 5, 6,
10, 16, 17  15:15  23:16,
18  25:11, 13  26:12
**credit**  6:19
**crime**  12:4  19:2  22:11
**Criminal**  11:16
**criticism**  14:3, 12  24:15,
16
**criticized**  14:21
**Crump**  3:10  27:2, 18
**current**  14:14  15:1
**currently**  14:14

**< D >**
**damaged**  15:12
**damages**  15:4, 7, 9, 10,
13  16:19  22:22  23:4, 5,
6, 7

**damaging** 22:*5, 11*
**Data** 16:*12*
**day** 13:*15*
**dealings** 7:*6*
**debtors** 6:*18*
**debts** 6:*16*
**decide** 18:*11*
**decision** 20:*14*
**defamation** 5:*2* 6:*4*
10:*5* 11:*6, 7, 8, 10* 14:*20*
21:*22* 22:*20, 21* 24:*22*
**defamatory** 3:*19* 6:*5, 11*
11:*9, 13, 14* 12:*16* 13:*6*
21:*11* 24:*3, 15, 19* 25:*8*
26:*1*
**Defendant** 2:*11* 3:*3, 7*
5:*3, 19* 17:*3*
**Defendants** 1:*9*
**Defendant's** 3:*4, 15*
**defines** 17:*4*
**definition** 20:*5, 7*
**degree** 4:*7*
**DEMURRER** 1:*15* 3:*4,
15* 4:*20* 5:*18* 9:*12, 19*
15:*4* 16:*8, 13, 22* 17:*3, 4,
7* 18:*5, 9* 20:*15* 22:*14*
23:*9* 25:*10, 17* 26:*7, 8*
**depending** 12:*9*
**depends** 10:*2*
**deposition** 27:*3, 5, 8, 12*
**determined** 16:*21, 22*
17:*2* 21:*5* 23:*9*
**dictionary** 12:*21, 22*
**different** 19:*18*
**diplomacy** 18:*19* 22:*2*
**diplomat** 4:*12* 18:*18*
**direction** 27:*8*
**directly** 19:*5*
**Director** 4:*10*
**disagree** 15:*5*
**discharged** 6:*17*
**discourse** 10:*14*
**discovery** 20:*16*
**discussion** 3:*21* 4:*2, 9,
13* 10:*13*
**disease** 11:*17*
**dishonest** 7:*5*
**disregarding** 21:*15*
**diverted** 7:*6*
**doing** 18:*17, 18* 19:*3*
26:*3*
**dollar** 23:*5*
**downplay** 20:*3* 23:*21*
**Drive** 2:*14*
**duly** 3:*12* 27:*5*
**duties** 4:*3, 14* 11:*19*
12:*12* 13:*21* 14:*2, 5*
24:*16*
**duty** 7:*7*

**< E >**
**economic** 15:*9*
**employed** 27:*11, 14*
**employee** 27:*13*
**encouraged** 25:*20*
**ender** 22:*7*
**engaged** 6:*16*
**entirely** 9:*13* 24:*11*
**entitled** 6:*6* 15:*13*
**especially** 16:*18* 18:*5*
19:*1* 22:*13*
**ESQ** 2:*3, 12*
**essentially** 7:*4*
**evade** 12:*18* 13:*4*
**evaluating** 6:*10*
**event** 19:*21*
**evidence** 11:*1* 23:*8*
**exchange** 20:*19*
**existed** 20:*12*
**Expires** 27:*22*
**explain** 9:*2* 12:*4* 13:*8*
14:*5*
**explained** 9:*6* 14:*11*
25:*8*
**extend** 6:*12*
**extension** 7:*9, 12*
**extent** 25:*14*

**< F >**
**fact** 5:*17, 19* 8:*5* 13:*3,
21* 17:*2* 21:*2, 5* 23:*1*
**fact-finding** 16:*20*
**fact-opinion** 21:*1*
**factual** 17:*5, 6*
**fail** 4:*21*
**failed** 7:*7* 21:*19*
**fair** 25:*13*
**false** 10:*9, 20* 11:*5*
**falsity** 10:*12* 21:*2*
**familiar** 10:*14* 16:*16*
**far** 7:*9* 23:*6*
**fascist** 10:*16* 13:*1*
**fascists** 13:*16*
**favor** 18:*12*
**figment** 19:*16*
**Finally** 15:*3*
**financially** 27:*15*
**find** 13:*19* 23:*22*
**finder** 17:*2*
**fired** 15:*11*
**First** 4:*7, 21* 5:*17* 12:*1*
18:*3, 12* 19:*5* 21:*9, 13*
**fit** 12:*5*
**five** 15:*8*
**Fleming** 11:*15* 12:*1, 17*
13:*5*
**Fluet** 2:*13*
**folks** 7:*16, 19*
**foregoing** 27:*3, 5*
**foreign** 10:*22* 13:*13*

**former** 3:*19, 22* 4:*2, 9,
11* 6:*20* 7:*1*
**forward** 4:*18* 23:*5*
**found** 25:*22*
**four** 11:*13, 15* 12:*12*
**frankly** 10:*22* 12:*6*
14:*12*
**free** 21:*11*
**freedom** 21:*7*
**front** 4:*16*
**full** 17:*16*
**funds** 7:*7*
**further** 9:*7* 27:*12*
**Fuste** 10:*6*

**< G >**
**gathering** 5:*14* 7:*17* 9:*5,
10* 16:*3* 19:*10, 13, 15*
20:*12, 14* 25:*21*
**general** 23:*4, 5*
**German** 13:*9*
**Germany** 3:*20* 4:*14*
12:*2* 17:*20* 19:*2, 4* 22:*8*
24:*12*
**getting** 15:*11*
**give** 21:*13*
**given** 4:*6* 6:*18* 27:*9*
**go** 4:*18* 16:*21* 19:*14*
21:*14* 23:*13* 25:*20*
**goes** 23:*5* 25:*3*
**going** 19:*5* 21:*22* 26:*7*
**Good** 3:*2, 6, 17*
**Government** 8:*11* 22:*4*
**governmental** 18:*21*
**GRENELL** 1:*5* 3:*14*
5:*12, 16, 19* 7:*15* 8:*8, 13*
9:*9, 21* 12:*3, 13* 14:*6*
15:*1, 19* 17:*18, 22* 19:*3,
9* 21:*16* 24:*13* 25:*20*
**Grenell's** 7:*18*
**Group** 2:*4* 10:*22* 11:*2*
13:*10, 11, 22* 17:*8, 10*
24:*14*
**groups** 13:*13, 14*

**< H >**
**haec** 5:*5*
**hairs** 17:*7*
**hang** 17:*18*
**hanging** 18:*16* 19:*1, 2*
**happen** 21:*20*
**happened** 8:*7* 16:*2*
20:*13* 21:*18*
**happy** 23:*14*
**heap** 20:*3*
**hear** 23:*16*
**heard** 8:*12*
**HEARING** 1:*15, 16*
**held** 10:*4* 11:*13* 12:*15*
14:*20* 21:*11* 23:*1*

**hereto** 27:*14*
**highest** 4:*7, 11*
**highest-ranking** 22:*3*
**Highland** 17:*15* 21:*6*
**highly** 18:*22* 22:*5, 10*
**history** 20:*3*
**Hoang** 2:*13*
**hold** 14:*1*
**holding** 13:*4*
**honest** 17:*21* 19:*22*
**Honor** 3:*2, 5, 17, 18* 4:*5,
15* 5:*21* 6:*14* 8:*8* 9:*11,
19* 10:*6, 13* 11:*7* 12:*6,
22* 13:*15* 14:*9* 15:*3, 17,
20* 20:*22* 21:*21* 23:*10,
18* 24:*22* 25:*5* 26:*10, 12*
**Huber** 2:*13*
**hung** 8:*13*

**< I >**
**idea** 9:*13, 16* 15:*7*
**ideologies** 20:*2*
**ideology** 5:*17* 8:*3* 17:*10*
**illegal** 12:*2*
**illustrative** 6:*15*
**imagination** 19:*16*
**immediately** 18:*15* 21:*17*
**impact** 12:*18*
**import** 6:*7*
**important** 5:*6* 18:*4*
20:*6, 21, 22* 21:*8* 23:*10,
11*
**impugn** 14:*1, 4*
**impute** 12:*3*
**imputes** 11:*18*
**imputing** 12:*12*
**incapable** 14:*2*
**included** 9:*14*
**infer** 9:*7*
**information** 15:*13*
**innuendo** 18:*10*
**insinuation** 18:*10*
**Intelligence** 4:*10* 18:*20*
**interest** 25:*13*
**interested** 27:*15*
**interjected** 20:*18*
**interjects** 18:*2*
**international** 18:*20* 22:*2*
**internet** 8:*15* 18:*1*
**invade** 16:*20*
**invented** 16:*3*
**involving** 11:*16*
**issue** 24:*3* 25:*15*
**issues** 16:*19* 21:*21*
**itemization** 15:*6*
**its** 9:*1*

**< J >**
**JAMES** 1:*20*
**JESSE** 2:*3* 15:*18*

jesse@binnall.com  2:9
Judge  1:20
judgment  17:1

< K >
key  21:10
kind  4:6
King  2:5
know  10:22  12:8  15:2
  17:22  18:7  25:3, 14
knowingly  19:20
known  12:20
knows  10:15

< L >
largely  5:14  10:2
launches  18:15
Law  2:4  5:5  21:3
leave  22:18
legal  4:8
liberal  10:18
lie  19:19  21:14
lied  15:22  19:17
Lieu  8:14  17:21  18:9
Lieu's  8:9, 18
limited  16:13
litigation  16:10
long  8:20
longstanding  5:4
look  6:6  13:3  17:15
lose  15:10

< M >
making  19:19
man's  10:15, 16, 17, 18
matter  1:16  17:5  26:5,
  13
meaning  6:12  10:1, 10
means  6:7  9:6  18:8
meant  9:2, 7
media  16:7
meet  7:16  13:9, 16, 22
  14:22  22:4  24:14
meeting  7:20  16:3
meetings  13:12
met  22:17
Mike  19:9
million  15:8
mischaracterization  16:2
misogynistic  13:17
misunderstanding  16:1
  17:9
moment  11:8
moral  11:16
morning  3:2, 6, 17
motion  16:9  25:2
multiple  16:11

< N >
name  19:18

National  4:10
nature  6:11  8:11  24:17
Nazi  5:16, 17, 22  6:1
  7:19, 21  8:3  12:2, 3
  14:1  18:14  20:1, 4, 8
Nazis  5:20  7:20  8:2, 13
  9:13, 17  17:19  18:16
  19:1, 2, 6  22:8  25:16
Nazism  22:9  23:21  24:1
necessarily  13:5  14:1
need  19:7  22:16
neither  27:10
never  5:10, 22  6:2
  10:12  16:4  19:21  20:12,
  13  21:18
nominal  23:6
noneconomic  15:10
normal  6:13
NOTARY  27:1, 19
notice  1:17
noxious  23:21
number  4:20  13:18
  15:8

< O >
obviously  4:12, 19  6:22
  11:17  25:12
occasions  16:11
occurred  16:4  19:21
October  1:13
offense  11:16
office  11:19  12:13
officer  27:2
official  4:9
officials  13:16  22:4
OLIVIA  1:8  3:3
one's  10:2, 16
opinion  17:5  21:3
opportunity  20:15  21:16
opposition  5:18  6:3  8:1,
  5  12:7, 8  20:6
order  26:9
ordinary  6:13
organizations  16:7
outcome  27:15
overrule  26:8

< P >
page  17:3
papers  6:9  10:6  12:4,
  10, 11, 14, 18  13:7  25:9
paragraphs  9:14
parse  16:22
part  12:1  17:11  19:7, 8
  20:5
particular  11:2  13:9
particularly  6:15  10:20
parties  8:22  23:11
  27:11, 14
patriot  10:16

payments  6:19, 22  7:1, 3,
  8, 10  14:19
Pence  4:1  5:13  7:16
  9:4, 9  19:9, 13  24:13
people  13:17  16:6
perform  12:12  14:4
performance  4:3
performing  11:19
Perk  6:9, 14, 15, 20, 21
  7:2, 4  14:16, 17
person  11:20  22:8
personal  7:18  9:22
  24:17, 18
phrase  17:6
picked  16:7
Pinnacle  2:14
Plaintiff  1:6  2:2
plead  11:6  16:18  22:15,
  22
pleading  16:13  22:17,
  19  25:17
pleadings  25:12  26:6
pled  15:4, 8, 14  20:12
  22:14, 20
point  8:21  12:10, 14, 20
  14:9  18:2, 11  20:11, 15
  22:14  24:22  25:2
pointed  6:8  21:18
points  6:4  10:10
policies  24:17
policy  14:3, 21
politic  13:18
political  4:6, 15  9:22
  10:13, 14, 19  13:2, 13, 17,
  19  17:10
politician  13:22
position  8:1
precise  15:5
prejudice  13:11
prejudiced  14:6
prejudices  11:20  14:22
prejudicial  18:22
prejudicing  12:13  14:14
premature  18:11
prematurely  16:9
President  4:1  5:13  7:15
  9:4, 9  13:9  14:22  19:13
  24:13  25:20
pretty  8:20
primarily  11:22
principle  5:4, 6  14:17
problem  3:11
process  23:12
profession  11:20  13:11
  14:7, 9, 15  15:1  18:19
professional  12:14
proof  4:18  8:16  10:11
  18:1  20:20
proper  6:19
properly  6:21  15:4

properly-pled  24:6
protection  4:7
prove  18:17  20:10
proved  10:9  25:21
proven  10:20  11:4
province  16:20
PUBLIC  27:1, 19
published  16:5
purpose  25:2
pursuant  1:17

< Q >
question  8:18  18:9, 10
  21:3  23:1, 6
questions  21:4  23:15
quote  17:18

< R >
racist  10:17  12:16, 20,
  22  13:5  20:7
raise  16:18
ranking  4:12
read  18:4  24:10  25:12
reality  19:6
really  13:8  14:8  19:7
reason  6:14  9:7, 18
reasons  4:20  26:1
received  14:19
reckless  21:14
recklessly  19:20
recognize  6:3
record  27:9
reduced  27:7
refer  5:5  6:14  14:16
referred  7:16
regarding  18:16  19:6
  21:21
regardless  11:3
Registration  27:21
related  27:10
relations  18:20  22:2
relative  27:13
relevant  4:5  9:15  11:18
relies  11:22
rely  10:5  12:11
repeat  21:22
report  7:1, 7, 10
reported  7:2
reporter  3:9, 12
reprehensible  13:20
Representative  17:17
representing  17:19
republic  21:8
required  15:6
requirement  22:22
respond  15:16
responded  8:14
responding  8:7
responds  17:21
response  8:18, 19  18:8

**review** 8:22
**RICHARD** 1:5
**right** 4:15 21:14 23:1, 3
26:11
**Riverside** 10:6
**role** 19:8
**roles** 13:12 18:21

**< S >**
**saying** 12:19 17:8
19:14, 15 20:19 22:2, 7
25:4
**says** 12:9 17:17 18:6
24:17, 18
**scourge** 22:9
**se** 11:7, 8, 11, 14 12:16
13:6 14:20 21:22 22:20
**Second** 18:13 19:7, 8
**section** 5:17
**sections** 9:15
**see** 26:3
**senior** 13:15
**sentence** 18:3
**sequence** 8:8
**served** 4:10
**serving** 18:21
**set** 11:12 16:14
**short** 23:12
**short-circuit** 16:9
**shown** 23:7
**simple** 16:1 17:4, 5
**simply** 5:20 19:18 24:6,
19
**sitting** 3:22
**skip** 16:19, 22 23:2 24:4
**small** 19:22
**so-called** 6:5
**social** 11:17
**somebody** 25:16 26:2
**somebody's** 22:1
**someone's** 10:3
**sorry** 3:8, 10
**sort** 6:6
**specific** 15:21 20:9
22:16
**specifically** 15:22 16:11
17:17 19:19 20:18
22:22
**speech** 4:6, 15 21:7, 11,
12
**splitting** 17:7
**stage** 18:5 21:2 23:3
25:17 26:6
**stand** 12:9
**standard** 16:14 22:19
**standing** 22:17
**start** 15:20
**statement** 3:19, 21 4:17
5:9 6:5, 7, 11 8:19 9:1
10:9 11:9, 18, 19 14:6
15:12, 22 16:17 17:4, 5,

6, 16 18:14, 16 21:17
24:3, 7, 8, 10, 15, 19 25:3,
4, 8
**statements** 4:2 5:1
11:13 21:15
**States** 22:4
**stenographically** 27:7
**sting** 6:5
**Street** 2:5
**subject** 4:8
**submit** 26:9
**substantial** 23:8
**substantially** 22:12
**sue** 24:7, 8
**sued** 7:4
**sufficient** 25:18 26:7
**sufficiently** 22:14
**suggest** 7:19 18:7
**suggested** 7:6, 15 9:4, 9,
16 14:18 24:13
**suggestion** 26:2
**suing** 24:21
**Suite** 2:6, 15
**summary** 17:1
**support** 26:4
**supports** 5:17 9:17
**supposed** 6:21 17:19
**supremacist** 5:14 7:17
9:5, 10, 21 10:1, 17 11:2
12:19, 21 13:4, 10 18:15
19:10 20:1, 4, 9 22:5
24:14 25:21
**supremacy** 24:2
**Supreme** 6:8 7:8 10:4,
10 11:12 12:15 16:10
17:13 20:16
**survive** 26:7
**sustained** 9:12, 19 25:10
**Swalwell** 6:1 8:12 17:17
**Swalwell's** 8:19
**sworn** 3:13 27:5
**system** 4:8 21:9

**< T >**
**take** 11:1
**taken** 19:17 27:3, 6, 12
**talk** 4:22 11:7
**talking** 10:21 18:14
25:16
**tcraig@fhhfirm.com** 2:18
**term** 7:21 8:17 10:1, 2,
3, 4, 11 11:3 12:16, 20
**terms** 13:2
**test** 10:8 12:1
**testify** 27:4
**testimony** 27:4, 6, 9
**Thank** 3:16 15:15, 17
23:18 25:11 26:11, 12
**thing** 19:22 20:21
**things** 7:11 16:21 22:6

**think** 4:19, 21 6:15
8:21 9:11, 18 10:13
11:8 13:4 15:12 22:16
23:19 24:11, 21 25:17
26:4, 6
**thinks** 15:12
**THOMAS** 2:12
**thought** 8:15
**thousands** 16:6
**three** 12:11
**time** 16:16 21:10
**times** 6:9 7:22
**titled** 5:18
**today** 25:5
**Tom** 3:3, 6
**totality** 9:1 21:4
**trade** 11:21 12:14 14:7,
9, 15
**trial** 17:2 21:5 23:2
26:5
**tried** 5:12 19:9, 13
**troll** 8:15 18:1
**TROYE** 1:8 3:3, 7, 14
4:1 5:2, 15, 22 7:13
9:20 15:22 18:2 25:15,
19
**Troye's** 5:8 24:10
**true** 10:9, 12, 20, 21
11:4 21:2 24:22 25:3, 4,
22 27:9
**truth** 10:12 21:15
**try** 12:18
**trying** 19:12 22:3 23:21
24:4, 5
**turn** 6:21 24:3
**turns** 10:3, 11
**turpitude** 11:17
**Tweet** 8:6
**Twitter** 3:19 4:9 16:6
20:19
**two** 3:21
**type** 16:9
**types** 11:13
**typewriting** 27:8
**Tysons** 2:16

**< U >**
**U.S** 3:20 4:14
**understand** 14:12 23:20
24:20 25:1
**understanding** 15:11
**unfitness** 11:18 12:12
14:4
**United** 22:4
**untrue** 5:20
**uses** 7:21
**usually** 23:22
**uttered** 5:4

**< V >**

**various** 13:13
**Vector** 6:10
**verba** 5:5
**versus** 21:3
**Vice** 3:22 5:13 7:15
9:4, 9 13:9 14:22 19:13
24:13 25:20
**view** 7:18 17:22
**viewed** 16:6 21:4
**viewpoint** 10:2, 3, 11
**views** 13:17, 18, 19 14:1
**vile** 20:1, 2 23:20 24:1,
2 26:3
**VIRGINIA** 1:1 2:7, 16
5:4 6:8 7:8 10:3 11:12
12:15 16:10, 14 20:17
22:19 27:20
**vitally** 21:8

**< W >**
**want** 4:22 8:20 20:3
23:2
**wants** 22:15
**warned** 16:11 20:17
**way** 14:13 21:8
**Wednesday** 1:13
**well** 4:11 6:20 7:12
12:21 17:8 20:8 25:12
**went** 9:2
**we're** 10:21 15:13
19:15 23:3 25:5
**we've** 17:15 22:17 25:8
**whatsoever** 8:4
**white** 5:13 7:17 9:4, 10,
21 10:1, 17 11:2 12:19,
21 13:3, 10 18:15 19:9
20:1, 4, 8 22:5 24:2, 14
25:21
**withdraw** 21:17
**witness** 27:4, 6, 10
**word** 5:22 6:1 23:17
**words** 5:3, 7, 9 6:12 8:6
25:14, 16
**works** 14:10 21:9
**world** 16:5 19:17