# Exhibit 3

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA**

| | |
|---|---|
| **RICHARD GRENELL,** | |
| Plaintiff, | |
| v. | Case No.: CL22001907 |
| **OLIVIA TROYE,** | |
| Defendant. | |

<u>**PLAINTIFF GRENELL'S OBJECTIONS AND RESPONSES TO DEFENDANT TROYE'S SECOND SET OF INTERROGATORIES**</u>

Plaintiff Richard Grenell, by counsel, states the following for his objections and responses to Defendant Olivia Troye's Second Set of Interrogatories.

**INTERROGATORIES**

<u>**INTERROGATORY NO. 24**</u>: Identify all donations or contributions made directly to you, or paid to your attorneys, or made through a donation platform such as GoFundMe, regarding, or in any way relating to, this lawsuit. Include a list of names who have donated, how they donated (whether to you or to your attorneys or by a platform), and the total amount raised.

**OBJECTION:** Mr. Grenell objects as this Interrogatory is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

**ANSWER:** A payment of $7,500 was made from the Kash Patel Legal Offense Trust directly to my attorneys.

Dated: August 3, 2023                    RICHARD GRENELL
                                         By Counsel

                                         BINNALL LAW GROUP, PLLC


                                         /s/ Jason C. Greaves
                                         Jason C. Greaves, VSB No. 86164
                                         Jesse R. Binnall, VSB No. 79292
                                         Jared J. Roberts, VSB No. 97192
                                         717 King Street, Suite 200
                                         Alexandria, Virginia 22314
                                         Phone: (703) 888-1943
                                         Fax: (703) 888-1930
                                         Email: jason@binnall.com
                                                jesse@binnall.com
                                                jared@binnall.com
                                         *Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, a true and correct copy of the foregoing was served by U.S. First Class mail and electronic mail, to:

        Thomas M. Craig
        FLUET
        1751 Pinnacle Drive, Ste. 1000
        Tysons, Virginia 22102
        tcraig@fluet.law

        Mark S. Zaid
        Mark S. Zaid, P.C.
        1250 Connecticut Avenue, N.W., Ste. 700
        Washington, D.C. 20036
        Mark@MarkZaid.com

        *Counsel for Defendant*

        /s/ Jason C. Greaves
        Jason C. Greaves, VSB No. 86164

        *Counsel for Plaintiff*