# Exhibit 4



# Transcript of **Richard Grenell**

Monday, July 17, 2023

*Richard Grenell v. Olivia Troye*

www.TP.One  
www.aldersonreporting.com  
www.accutrancr.com  
800.FOR.DEPO (800.367.3376)  
Scheduling@TP.One

Reference Number: 130751

```
 1   VIRGINIA:
 2      IN THE CIRCUIT COURT OF THE CITY OF ALEXANDRIA
 3   - - - - - - - - - - - - - - - X
 4   RICHARD GRENELL,                :
 5           Plaintiff,              :
 6        v.                         :  Case No.
 7   OLIVIA TROYE,                   :  CL22001907
 8           Defendant.              :
 9   - - - - - - - - - - - - - - - X
10                      Monday, July 17, 2023
11              Videoconference Deposition of RICHARD
12   GRENELL, Plaintiff herein, called for examination by
13   counsel for Defendant in the above-entitled matter,
14   pursuant to notice, the witness being duly sworn by
15   Desirae S. Jura, a Notary Public in and for the
16   Commonwealth of Virginia, held at 1751 Pinnacle
17   Drive, Suite 1000, Tysons, Virginia at 9:01 a.m., ET,
18   Monday, July 17, 2023, and the proceedings being
19   taken down by Stenotype by Desirae S. Jura, RPR, and
20   transcribed under her direction.
21
22
```

Page 2

APPEARANCES:

On behalf of the Plaintiff:
 JESSE BINNALL, ESQ.
 JASON GREAVES, ESQ.
 BINNALL LAW GROUP, PLLC
 717 King Street, Suite 200
 Alexandria, Virginia 22314
 (703) 888-1930
 jesse@binnall.com
 jason@binnall.com

On behalf of the Defendant:
 MARK S. ZAID, ESQ. (pro hac vice)
 MARK S. ZAID, P.C.
 1250 Connecticut Avenue, N.W.
 Washington, DC 20036
 (202) 498-0011
 Mark@MarkZaid.com

Page 3

APPEARANCES (cont.):

On behalf of the Defendant (cont.):
 THOMAS M. CRAIG, ESQ.
 FLUET HUBER + HOANG
 1751 Pinnacle Drive
 Suite 1000
 Tysons, Virginia 22102
 (703) 590-1234
 tcraig@fhhfirm.com

ALSO PRESENT:
 CORA POTOTSKY, Paralegal
 NORMAN REYNOLDS, Videographer
 OLIVIA TROYE (telephonically)

Page 4

C O N T E N T S

WITNESS    EXAMINATION BY COUNSEL FOR
RICHARD GRENELL    DEFENDANT
 BY MR. ZAID    9

E X H I B I T S

GRENELL EXHIBIT NO.    PAGE
1 - Notice of Deposition    12
2 - Notice of Deposition    15
3 - Executive Branch Personnel Public
    Financial Disclosure Report
    (OGE Form 278e)    17
4 - Cover Sheet for Filing Actions,
    Complaint    30
5 - The Washington Post article, dated
    August 24, 2020, "The absurd claim
    that Trump is the 'most pro-gay
    President in American history'"    48
6 - Defendant Olivia Troye's Revised
    Responses and Objections to
    Plaintiff Richard Grenell's First
    Interrogatories    53

Page 5

E X H I B I T S

GRENELL EXHIBIT NO.    PAGE
7 - The Jewish Voice article dated
    12/23/2020, "Jewish Democratic
    Leader Smears Richard Grenell as
    Nazi Supporter - Then Blocks
    Critics"    64
8 - Breitbart article dated 3 Jun 2018,
    "Trump's Right Hand Man in Europe
    Ric Grenell Wants to 'Empower'
    European Conservatives"    67
9 - SPIEGEL International article dated
    11.01.2019, "Trump's Ambassador
    Finds Few Friends in Germany"    73
10 - Vox article dated Jun 4, 2018,
    "Trump's ambassador to Germany
    talked to Breitbart - and started
    an international incident"    73
11 - Plaintiff Grenell's Objections to
    Defendant Troye's First Set of
    Interrogatories    83

Page 50

1 history. I can prove it."
2  A. Yeah.
3  Q. If you look at this article, I recognize
4 you didn't see it, they gave you four Pinocchios?
5  A. That's Glenn Kessler, who is a known
6 lefty. So he doesn't like President Trump.
7  Q. Understood.
8     MR. BINNALL: And I'm going to object to
9 the relevance of this article.
10     MR. ZAID: That's fine.
11     Our interrogatory responses to them,
12 February 15, 2023. Actually, I marked the articles
13 Exhibit 5, right?
14     THE WITNESS: Yes.
15     MR. ZAID: I can stay with the complaint
16 while you find that.
17 BY MR. ZAID:
18  Q. The tweet that Congressman Swalwell made
19 about saying you hang out with Nazis -- yeah, so I'm
20 focusing still on the complaint, Exhibit 4, on page
21 5.
22     The tweet that Eric Swalwell said that you

Page 51

1 used to hang out with Nazis, do you believe that that
2 tweet caused you any harm?
3  A. Well, he consistently tweets that, so --
4 as a campaign political type. Of course, it is
5 erroneous, and whenever anybody repeats anything
6 erroneous, it's problematic.
7  Q. And the same for Congressman Lieu's tweets
8 about whether you associate with Nazis, do you
9 believe that those tweets caused you harm?
10  A. Correct, yes.
11  Q. And in fact, there are others who have
12 commented on Twitter --
13  A. You.
14  Q. I don't believe I've ever commented that
15 you hung out with Nazis.
16  A. You've pushed that meme. You definitely
17 have.
18  Q. Do you recall when I did that?
19  A. No.
20  Q. Okay. That's fine. But there are others
21 who have on Twitter, people who are -- none of us
22 know who they are, as well as, I guess, people, fair

Page 52

1 enough, that you would know who they are, meaning
2 they're public figures?
3     MR. BINNALL: Objection to form. You can
4 answer.
5     THE WITNESS: I think they're all lefties
6 who hate Trump, yeah.
7 BY MR. ZAID:
8  Q. Now, you indicated that Ms. Troye's tweet
9 itself has caused you to suffer significant damages.
10 What specifically has that tweet caused you to
11 suffer?
12  A. Well, again, most of the other people that
13 were tweeting about this were outsiders, people who
14 were not on the inside. They were Trump haters. She
15 is elevating this as an insider, as somebody who has
16 got the proof, who is on the inside.
17     This is different than a Democratic
18 Congressman throwing shade from the outside. This is
19 somebody who is on the inside who says, I actually
20 have the proof. I'm the one who has it, and here's
21 exactly what it is. So that is another level of
22 reputational damage.

Page 53

1  Q. Is there anything that you can state
2 specifically with respect to damages, or is it just
3 this generic reputational aspect?
4  A. Well, I think the reputational damage is
5 never really generic. It's an assault on your
6 reputation publicly from inside the Mike Pence staff
7 saying, I have the proof. That's another level of
8 reputational damage.
9  Q. Sorry for the delay.
10  A. No problem.
11  Q. So I will have marked as Exhibit 6 --
12 we're still going over the complaint, so you can keep
13 that separate for now.
14  A. Okay.
15     (Grenell Exhibit No. 6 was identified
16     for the record.)
17 BY MR. ZAID:
18  Q. I just had marked as Exhibit 6, Defendant
19 Olivia Troye's revised responses and objections to
20 Plaintiff Richard Grenell's first interrogatories
21 dated February 15, 2023.
22     Is this a document you have reviewed or

Page 54

1 have you reviewed this document before?
2   A.   I am sure I have.  I don't remember.
3   Q.   Okay.  So if I turn your attention to
4 pages 3, 4, and 5, that is Ms. Troye's response to
5 identify those who basically have served as the
6 source of her knowledge.
7        Now, I asked you some of those names that
8 are referenced in here, which other than Alyssa
9 Griffin, you had indicated you did not know.  So I
10 won't ask you about those individuals.
11       At least based on the description that is
12 set forth in here, the impression that this conveys
13 is that something happened while the Vice President
14 either before or coming over to visit Germany.  To
15 the best of your recollection, was there any issue
16 that you had with your staff or the Vice President's
17 about any event he was going to go to?
18       MR. BINNALL:  Objection to form.  You can
19 answer.
20       THE WITNESS:  So that seemed like a really
21 general question of, was there anything that I said
22 to the Vice President?

Page 55

1 BY MR. ZAID:
2   Q.   No.
3   A.   What's your question?
4   Q.   Not that you said.  To the best of your
5 recollection, was there any type of conflict between
6 you and your staff or you and the Vice President's
7 staff about his itinerary?
8       MR. BINNALL:  Objection to form.  You can
9 answer.
10      THE WITNESS:  Nothing to my recollection,
11 other than, we, at the embassy, wanted to see a
12 chamber luncheon.
13 BY MR. ZAID:
14  Q.   The one you talked about already?
15  A.   Yes.
16  Q.   So where it says on page 4 -- and some of
17 it we've gone over, I just want to get it down, where
18 it is indicated by Ms. Troye, not saying that this is
19 true or accurate, this is what Ms. Troye says.  That
20 Stephanie told her that Ric and Al tried to get Pence
21 to go to an event with Nazis.  True or false?
22      MR. BINNALL:  Objection to form.  You can

Page 56

1 answer.
2       THE WITNESS:  So first of all, I never
3 asked anybody to go to -- if that's the question.  I
4 never asked anyone to attend any white supremacist or
5 Nazi event.  But your question was, did Stephanie
6 tell --
7       MR. ZAID:
8   Q.   No, you wouldn't know that.  So, no, I was
9 just asking whether there was --
10  A.   So just --
11  Q.   -- some factual accuracy to her comment.
12      MR. BINNALL:  Let him finish his question.
13 BY MR. ZAID:
14  Q.   That's okay.  You answered it, exactly
15 what I asked.  There's an indication that Ms. Cowan
16 was so furious she wanted to quit.  Is there anything
17 that you can recall with respect to Vice President
18 Pence's trip to Germany that would have led someone
19 to have that view?
20  A.   Nothing that I know of.
21  Q.   And Ms. Griffin supposedly said to
22 Ms. Troye, there was -- no, strike that.  Don't worry

Page 57

1 about it.
2       Now, you talked about reputational damage.
3 Have you lost any income because of Ms. Troye's
4 tweets?
5   A.   How would I know?  Nothing that I know.
6   Q.   Has anyone -- have you had any
7 conversations with anyone, besides your lawyers and
8 your partner, about Ms. Troye's tweets or tweet?
9   A.   Not that I can recall.
10  Q.   Did anyone from Affinity ever mention
11 Ms. Troye's tweet to you?
12  A.   Never.
13  Q.   Did anyone from Exos ever mention
14 Ms. Troye's tweet to you?
15  A.   Never.
16  Q.   Did anybody from Newsmax ever mention the
17 Olivia Troye tweet to you?
18  A.   Not that I recall, although it might have
19 been on Newsmax.
20  Q.   From the --
21  A.   Her tweet from the original tweet.
22  Q.   Okay.  The two national political



Page 86

1  MR. BINNALL: I think we're looking at a
2  different document. Can we get the version of
3  Exhibit 12 that you have?
4  MR. ZAID: That's the document production.
5  March 8th.
6  BY MR. ZAID:
7  Q. So my question actually pertains back to
8  Exhibit 11, if you have any knowledge that's
9  non-privileged as to why you did not verify your
10 answers?
11 A. I don't.
12 MR. BINNALL: Object. It calls for a
13 legal conclusion.
14 BY MR. ZAID:
15 Q. Do you know who Tom Wright is at
16 Brookings?
17 A. I don't.
18 Q. How about Anne Applebaum?
19 A. I just know her as a very hard lefty
20 reporter. I don't believe I've ever met her.
21 Q. Alexander Gauland, one of the AfD leaders,
22 do you recall if you ever met him?

Page 87

1  A. I don't recall.
2  Q. And did you ever meet with Prime Minister
3  Kurz?
4  A. Sure, yes.
5  Q. Now, if you look at interrogatory number
6  17 on page 10.
7  A. Sorry, Exhibit 11 or 12?
8  Q. 12.
9  A. Okay.
10 Q. The March 8th set of responses.
11 A. I'm sorry, say that one more time?
12 Q. Sure. Page 10, interrogatory 17.
13 A. Okay.
14 Q. The question states, "Please describe how
15 Defendant 'decided to lie about' Plaintiff as stated
16 in your Complaint."
17 And your response was that, "Ms. Troye
18 knew when she published her tweet that" you "did not
19 associate with Nazis."
20 How is it that you formed the opinion that
21 she knew when she did -- published her tweet that you
22 didn't associate with Nazis?

Page 88

1  A. Two things. One, when you're telling the
2  truth, you don't have to try to remember anything.
3  And I never associated with Nazis, so I knew she was
4  lying. And I knew she knew she was lying because she
5  was coming from inside the Pence team.
6  And two, later on, I realized because when
7  I saw the emails that she was sending to people, she
8  didn't recall. And she was fishing for some sort of
9  an example.
10 Q. And if you look further at your answer, in
11 your last sentence, you wrote, "She chose to
12 fabricate those vile accusations, making the
13 conscious decision to lie about Mr. Grenell."
14 Why is it that you believe she made a
15 conscious decision to lie about you?
16 A. Because she took two Congressmen who had
17 said, do you have proof? And she said, I do. They
18 asked a question publicly, do you have proof? They
19 didn't ask her, but she jumped in to say, I do.
20 Q. Now, would you agree with me that you
21 don't know what was told to Ms. Troye by other
22 members of the Vice President's staff about his trip

Page 89

1  to Germany --
2  A. Is that an admittance that she --
3  MR. BINNALL: Objection to form. You can
4  answer.
5  THE WITNESS: -- was misled?
6  BY MR. ZAID:
7  Q. Who knows, right?
8  A. That's pretty amazing, if she said, I do,
9  I have proof, and then she didn't have proof.
10 So all I'm saying is, nobody asked her.
11 She volunteered to step up to say, I have proof.
12 It's a whole other level, it's a whole other bar to
13 volunteering that she has the proof. I think that's
14 why we're here.
15 Q. But you don't know if anyone inside the
16 Vice President's staff --
17 A. I do know. No one has any proof of that,
18 because it did not happen.
19 Q. If you look at the next page, page 11,
20 interrogatory number 19, we asked for you to describe
21 how you've "been specifically harmed by Defendant's
22 tweets, and identify any financial losses suffered as



Page 90

1 a result."
2     You wrote that the false allegation is,
3 quote, "so obviously detrimental to his career, his
4 business opportunities, and his ability to practice
5 in his chosen profession that his damages are
6 presumed," end quote.
7     What detrimental aspects have happened to
8 your career since Ms. Troye made her tweet?
9   A.  I think any time a gay man is called a
10 Nazi organizer or trying to organize the Vice
11 President of the United States to meet with Nazis or
12 white supremacists, that is very damaging. I
13 wouldn't be in -- I can't imagine being in the
14 presence of someone who doesn't think that that is
15 not damaging. It's awful.
16   Q.  But you're not aware of anyone ever
17 commenting on -- to you directly --
18   A.  I think --
19   Q.  -- of Ms. Troye's tweet?
20   A.  I think it's something that's so egregious
21 that nobody wants to bring up.
22   Q.  Obviously -- or "so obviously detrimental"

Page 91

1 to your business opportunities. Can you identify any
2 business opportunities that you've lost as a result,
3 to your knowledge?
4   A.  I know of no one who has come forward to
5 say to me, I'm not hiring you because you've
6 organized with Nazis or tried to get others to
7 organize with Nazis.
8   Q.  Since your time in leaving government,
9 would you say you've been successful in your chosen
10 career?
11   A.  I mean, I don't know what successful is.
12 I mean, successful to me is honoring your parents and
13 taking care of your parents and doing good, and I'm
14 not a money-driven person.
15   Q.  Would you say -- have you -- let's put it
16 this way. Have you increased your income since the
17 time of leaving government service? Let me rephrase
18 it, because obviously you made more money than you
19 made in the government. So that's not a fair
20 question. So let me take that back.
21   A.  I appreciate that.
22   Q.  From when you were in the private sector

Page 92

1 before you entered government, have you increased
2 your income?
3   A.  Yes.
4   Q.  From -- to the extent -- do you know what
5 your W-2 income was for 2022, roughly?
6   A.  I haven't filed yet.
7   Q.  For last year?
8   A.  Yeah.
9   Q.  Okay. Do you have any sense of, in 2023,
10 now that we're halfway through, whether your income
11 is higher in 2023 than it was in 2022?
12   A.  Good question. I'm not sure. I'd say
13 relatively probably the same.
14   Q.  Okay. Has Ms. Troye's tweet impacted your
15 ability to practice in your chosen profession, being
16 the equity business?
17   A.  I really don't know what's being missed
18 from these allegations.
19   Q.  Okay. In the political spectrum, has
20 Ms. Troye's tweet negatively impacted you?
21   A.  Absolutely.
22   Q.  How so?

Page 93

1   A.  I think there's articles from the left
2 constantly saying -- Congressmen constantly saying
3 that there is proof out there that I have tried to
4 get the Vice President of the United States to meet
5 with Nazis and the white supremacist group. It's the
6 proof, I think, that's different than just the
7 opinion.
8   Q.  Those on the political right that you work
9 with, do you believe they give Ms. Troye any level of
10 credibility -- or does Ms. Troye have any -- let me
11 put it this way.
12     Does Ms. Troye have any level of
13 credibility that you know of within the political
14 right?
15     MR. BINNALL: Objection to the form. You
16 can answer.
17     THE WITNESS: Sure.
18 BY MR. ZAID:
19   Q.  Do you think her views within the
20 political right have adversely impacted you?
21   A.  This is not about a view. I want to make
22 that very clear. This is about someone who stood up

Scheduling@TP.One    800.FOR.DEPO
www.TP.One    (800.367.3376)
TP One

Richard Grenell     7/17/2023
Case 1:24-cv-00646-RDA-WEF   Document 14-4   Filed 05/30/24   Page 9 of 12 PageID# 312
Page 35 (126 - 129)

Page 126

1  Q. And in fact, you did tweet on June 26, you
2  also said that -- to him, you are an apologist for
3  pedophilia and child abuse. What is your basis for
4  that?
5  A. His legislation that he pushes to make
6  man-boy love acceptable. I hope you don't agree with
7  that. I think it's terrible. And to have a sitting
8  Senator want to have the age of consent lowered, so
9  that gay men can have sex with younger kids is pretty
10 awful. And so when he attacks me, I'm really proud
11 of it.
12 Q. With respect to the impact of the
13 statement in Ms. Troye's tweet, have you received any
14 type of counseling for any emotional stress or
15 damages that you suffered?
16 A. No.
17 Q. Are you on any medication as a result
18 of --
19 A. No.
20 Q. Or impact from the tweet?
21 A. Sorry, no.
22 Q. The national political orgs that you work

Page 127

1  for, what, if you can describe, is covered by the
2  NDA?
3  A. Just not to disclose the fact that I have
4  a contract with them.
5  Q. Okay. Can you describe the type of work
6  that you do for them without identifying who they
7  are?
8  A. Sure. One, radio interviews. And two is
9  a generic advising, helping raise money where
10 possible. You know, giving advice, in general.
11 Q. That was --
12 A. To board members type of stuff.
13 Q. Sorry. Interviews that you conduct or to
14 help arrange for interviews of others?
15 A. No, no, sorry. No, that I do. I do
16 multiple times a week.
17 Q. That you interview?
18 A. On average.
19 Q. You're being interviewed or you interview
20 someone?
21 A. I'm being interviewed about foreign policy
22 issues. Public, it's all public.

Page 128

1  Q. And the work for the other group, the
2  non-radio, what type of work would specifically be
3  involved with that?
4  A. Oh, sorry, that's what I was asking --
5  answering. The general board members, fund-raising
6  advice. You know, just all sorts of stuff like that.
7  Just to be clear, the one that I was talking about
8  with radio, I don't give PR advice or do the general
9  consulting or money raising, or things like that.
10 Q. Those are political interviews?
11 A. Yeah.
12 Q. Type interviews?
13 A. Correct. Pretty exclusively foreign
14 policy.
15 Q. Now, you were part of the -- you were part
16 of the effort to challenge the election of 2020 in
17 the State of Nevada at least; is that correct?
18 A. Yeah. The way I would characterize it is,
19 we exercised our constitutional right to get to the
20 bottom of why certain things were happening that
21 looked, you know, particularly bad.
22 Q. Now, based on the efforts that you and

Page 129

1  others, to your knowledge, that were engaged in to
2  challenge, were any of them successful?
3  A. No, specifically in Nevada, we weren't
4  able to get to present our case, because we didn't
5  have standing or a variety of different reasons.
6  MR. BINNALL: Again, objection to
7  relevancy on this line. Not reasonably calculated to
8  result in admissible evidence.
9  MR. ZAID: So I guess, Jesse, based on the
10 conversations that you and Tom had with respect to
11 the NDAs and any more details, our not asking further
12 probing questions is not a waiver of that. We'll
13 either revisit with you or submit other written
14 discovery within, obviously, the time period.
15 MR. BINNALL: We'll meet and confer on
16 that.
17 MR. ZAID: I have nothing further.
18 MR. BINNALL: Can we just take a quick
19 break? I don't think I'm going to have much, if any,
20 redirect, but I just want to take a moment.
21 MR. ZAID: Sure.
22 THE VIDEOGRAPHER: Off the record at



Page 130

1  12:23.
2         (Recess.)
3         THE VIDEOGRAPHER:  On the record at 12:27.
4         MR. BINNALL:  All right.  We don't have
5  any questions.  He is going to read.
6         MR. ZAID:  With that, we're done.
7         THE VIDEOGRAPHER:  Off the record at
8  12:28.
9         (Whereupon, at 12:28 p.m., the instant
10 deposition ceased.)
11
12
13
14
15
16
17
18
19
20
21
22

Page 131

1         CERTIFICATE OF REPORTER
2
3  UNITED STATES OF AMERICA   ) ss:
4  COMMONWEALTH OF VIRGINIA   )
5      I, Desirae S. Jura, RPR, the officer before whom
6  the foregoing proceedings were taken, do hereby
7  certify that the foregoing transcript is a true and
8  correct record of the proceedings; that said
9  proceedings were taken by me stenographically to the
10 best of my ability and thereafter reduced to
11 typewriting under my supervision; and that I am
12 neither counsel for, related to, nor employed by any
13 parties to this case and have no interest, financial
14 or otherwise, in its outcome.
15
16
17         _____
18         Notary Public in and for the
19         Commonwealth of Virginia
20
21
22 My commission expires:  11/30/2023

Notice Date: 07/20/2023

Deposition Date: 7/17/2023

Deponent: Richard Grenell

Case Name: Richard Grenell v. Olivia Troye

Page:Line          Now Reads                 Should Read

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me. Any additions or corrections that I feel are necessary, I will attach on a separate sheet of paper to the original transcript.

_____
Signature of Deponent

I hereby certify that the individual representing himself/herself to be the above-named individual, appeared before me this \_\_\_\_\_ day of _____, 20\_\_, and executed the above certificate in my presence.

_____
NOTARY PUBLIC IN AND FOR

_____
County Name

MY COMMISSION EXPIRES: